In the Matter of WILLIAM E. DRISLANE et al., Respondents, against JOSEPH A. BERTASSO et al., Appellants.

(Argued October 23, 1936; decided October 23, 1936.)

*Sidney Kansas* for appellants.

*Charles J. Duncan, George W. Foy, George Myers, Edward S. Rooney* and *Francis J. Burns* for respondents.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.; LEHMAN, J., taking no part.